# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AVALOS, | ) Case No. CV 17-7948-ODW (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| STU SHERMAN, Warden, et al., | ) ) ) |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. On October 5, 2018, Petitioner filed objections to the R. & R., in which he reargues the merits of his claims and nowhere addresses the Magistrate Judge's finding that the Petition is wholly unexhausted and therefore subject to dismissal. (See generally Objs.) Having reviewed de novo those portions of the R. & R. to which Petitioner objects, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition be dismissed as unexhausted and Judgment be entered dismissing this action without prejudice.[1]

DATED: October 24, 2018

OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE

---

[1] The Court takes no position on whether any future federal habeas petition would be untimely or otherwise procedurally barred.

2