# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AVALOS, <br><br> Petitioner, <br><br> v. <br><br> STU SHERMAN, Warden, et al., <br><br> Respondents. | Case No. CV 17-7948-ODW (JPR) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: October 24, 2018

OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE